IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER L. ERTL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:09cv693-MHT |
| | ) | (WO) |
| JOHN D. LANE, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

The plaintiff filed this lawsuit claiming, among other things, that she was denied the right to be heard in state-court proceedings concerning the modification of child support.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion to proceed in forma pauperis should be granted; the plaintiff's motion to appeal should be denied; and the plaintiff's case should be dismissed without prejudice.  Also before the court are the plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the

court concludes that the plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of December, 2009.

                                /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE